IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

| | |
|---|---|
| ROBERT W. PATE and SANDRA L. PATE § <br> § <br> VS. § <br> § <br> THE BISHOP'S LODGE RESORT AND § <br> SPA, BISHOP'S LODGE I, LLC, BISHOP'S § <br> LODGE RESORT COMMUNITIES, § <br> LLC, BISHOP'S LODGE-VEF II § <br> OPERATOR, INC., VALUE § <br> ENHANCEMENT FUND II, LLC, § <br> AREA PROPERTY PARTNERS, LP § | CIVIL ACTION NO. 1:16cv274-WPL/KK <br><br> JURY DEMANDED |

## AGREED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

This matter having come before the Court on Plaintiffs, **Robert W. Pate and Sandra L. Pate's**, and Defendants, **The Bishop's Lodge Resort and Spa, Bishop's Lodge I, LLC, Bishop's Lodge-VEF II Operator, Inc., Value Enhancement Fund II, LLC, and CAM Hospitality Management, LLC's** Joint Motion to Dismiss With Prejudice, and good cause being shown, the Court finds that the Plaintiffs' and Defendants' Joint Motion to Dismiss With Prejudice is meritorious and should be GRANTED.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the Plaintiffs' and Defendants' Joint Motion to Dismiss With Prejudice is hereby GRANTED, and it is further ORDERED that all claims asserted in this case or that could have been asserted in this case are hereby DISMISSED WITH PREJUDICE to the refiling of same, with all Parties bearing their own attorney's fees and costs. All other relief not requested herein is hereby DENIED and this ORDER is considered final and is appealable.

*William P. Lynch*
WILLIAM P. LYNCH
UNITED STATES MAGISTRATE JUDGE

**APPROVED BY ALL COUNSEL:**

**Kebodeaux, Hargroder & Alexander, L.L.P.**

*/s/Casey H. Hargroder*
CASEY H. HARGRODER (*Pro Hac Vice*)
Texas State Bar No. 24050718
H. SCOTT ALEXANDER (*Pro Hac Vice*)
Texas State Bar No. 00793247
2905 Toccoa Street
Beaumont, Texas 77703
(409) 832-0347 – Phone
(409) 838-0167 – Facsimile
chargroder@khalaw.com
salexander@khalaw.com

**Robins Cloud, LLP**
Justin R. Kaufman
505 Cerrillos Rd., Suite A209
Santa Fe, New Mexico 87501
(505) 986-0600 – Phone
(505) 986-0632 – Facsimile
jkaufman@robinscloud.com

**ATTORNEYS FOR PLAINTIFFS,
ROBERT W. PATE AND SANDRA L. PATE**

*/s/Nelse T. Miller*
Nelse T. Miller
Federal Bar No. 96-221
Louis W. Horowitz
Federal Bar No. 14-7
LORBER, GREENFIELD & POLITO, LLP
13985 Stowe Drive
Poway, CA 92064
nmiller@lorberlaw.com
Tel: (858) 513-1020
Fax: (858) 513-1002

**ATTORNEYS FOR DEFENDANTS, VALUE
ENHANCEMENT FUND II, LLC D/B/A
THE BISHOP'S LODGE RANCH RESORT AND
SPA, BISHOP'S LODGE—VEF II OPERATOR, INC.,
BISHOP'S LODGE RESORT COMMUNITIES, LLC,
AREA PROPERTY PARTNERS, LP, CAM HOSPITALITY
MANAGEMENT, LLC**